UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HARRISON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEALED,<br><br>　　　　Defendant. | Case No. 22-cv-05365-WHO<br><br>**ORDER OF DISMISSAL** |

After plaintiff James Harrison filed a complaint, the Clerk sent him a notice directing him to file a complete application to proceed *in forma pauperis* (IFP), or pay the filing fee. (Dkt. No. 2.) Harrison has not complied with the Clerk's Notice. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notice and for failing to prosecute. *See* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Harrison may move to reopen. Any such motion must contain a complete application to proceed IFP (or full payment for the $402.00 filing fee). The motion must also have the words MOTION TO REOPEN written on the first page.

The Clerk shall terminate all pending motions, enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

Dated: November 18, 2022

_____
WILLIAM H. ORRICK
United States District Judge